UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter ___

MINUTE ORDER

Case No. CR 02-70-CAS                           Date: May 9, 2002

PRESENT: HONORABLE CHRISTINA A. SNYDER, JUDGE

| Maynor R. Galvez | Laura Elias | William C. Bottter |
|---|---|---|
| Sharon L. Williams | Court Reporter | Asst. U.S. Attorney |
| Deputy Clerk | | |

INTERPRETER:           N/A

U.S.A. -V- (DEFENDANT PRESENT)    ATTORNEYS PRESENT FOR DEFENDANTS

(1) Olivier Debats                         (1) Yolanda Barrera
  X PRES ___CUSTODY X BOND       X APPOINTED ___RETAINED

PROCEEDINGS: STATUS CONFERENCE

The Court DENIED the request of Pre-Trial Services for issuance of a bench warrant. The Court orders the defendant to comply with the terms of his bail and to appear for sentencing.

Counsel argued the issue of keeping the plea agreement under seal. Defendant's counsel was ordered to file a brief under seal, not to exceed five pages, citing case law and the basis for the request to keep the plea agreement under seal. The Court agreed to keep the plea agreement under seal for 20 days so that it may review and consider the briefs.

Defendant's request to place the Change of Plea transcript under seal was DENIED.

cc: Probation Officer
    Pre-Trial Services
CR-8                                          Initials of Deputy Clerk _____