```
 1 │ DEBRA W. YANG
   │ United States Attorney
 2 │ JACQUELINE CHOOLJIAN
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ WILLIAM C. BOTTGER, JR. (No. 50162)
 4 │ Assistant United States Attorney
   │      1200 United States Courthouse
 5 │      312 North Spring Street
   │      Los Angeles, California 90012
 6 │      Telephone: (213) 894-2475
```



FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

 7 │ Attorneys for Plaintiff
   │ United States of America

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )  CR-02-70-CAS
                                 )
              Plaintiff,         )  STIPULATION AND [PROPOSED]
                                 )  ORDER CONTINUING SENTENCING
         v.                      )  HEARING
                                 )
OLIVER DEBATS,                   )  Current date: Feb. 3, 2003
                                 )  Proposed date: Mar. 3, 2003
              Defendant.         )
_____)

    Plaintiff United States of America, by and through its

counsel of record, the United States Attorney for the Central

District of California, and defendant Oliver DeBats, by and

through his undersigned counsel of record, Yolanda Barrera,

hereby agree, stipulate and jointly request as follows:

    WHEREAS, at the last court hearing on this matter the Court

set the sentencing date for February 3, 2003 at 2:30 p.m.;

    WHEREAS, counsel for the government did not receive

Defendant's Supplemental Position Re: Sentencing until January

23, 2003 and counsel for the government desires additional time

to respond; and

    WHEREAS, there have been no prior requests by the parties

ENTER ON ICMS
JAN 30 2003

JAN 3 0 2003

1  for continuance of the sentencing in this matter;

2  NOW THEREFORE IT IS HEREBY AGREED AND STIPULATED that the
3  sentencing hearing in this matter, currently scheduled for
4  February 3, 2003 at 2:30 p.m. is hereby continued to March 3,
5  2003 at 2:30 p.m., or as soon thereafter as is convenient for the
6  Court.

7                                    Respectfully submitted,

8                                    DEBRA W. YANG
9                                    United States Attorney

10                                   JACQUELINE CHOOLJIAN
                                     Assistant United States Attorney
11                                   Chief, Criminal Division

12
13 DATED: January 28, 2003
                                     _____
                                     WILLIAM C. BOTTGER, JR.
14                                   Assistant United States Attorney

15                                   Attorneys for Plaintiff
                                     United States of America
16

17 DATED: January 28, 2003
18                                   For YOLANDA BARRERA
                                     Attorney for Defendant
19                                   Oliver DeBats

20

21

22                              O R D E R

23 IT IS FOUND AND ORDERED this 29th day of January 2003.

24

25
                                     _____
26                                   HONORABLE CHRISTINA A. SNYDER
                                     UNITED STATES DISTRICT JUDGE
27

28

# CERTIFICATE OF SERVICE

I, <u>JOAN MOON</u>, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[x] Placed in a sealed envelope for collection and mailing via U.S. Mail, addressed as follows:

[X] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**Yolanda Barrera, Esq.**
**511 South First Avenue #340**
**Arcadia, California 91006**

**Alexis Carney**
**U. S. Probation Officer**
**312 North Spring Street, 6th Floor**
**Los Angeles, California 90012**

This Certificate is executed on January 28, 2003, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
JOAN MOON