YOLANDA BARRERA (SBN 91582)
Attorney at Law
421 E. Huntington Drive
Monrovia, CA   91016
Telephone: (626) 574-1053
Facsimile: (626) 574-9043
Email: ybarrera@sbcglobal.net

Attorney for Defendant
OLIVER DE BATS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 02-70-CAS |
|---|---|
| Plaintiff, | ) STIPULATION TO CORRECT |
| | ) JUDGEMENT AND COMMITMENT |
| v. | ) ORDER AND REQUEST FOR COURT |
| | ) TO ISSUE AN AMENDED |
| OLIVER DEBATS, | ) JUDGEMENT; DECLARATION OF |
| | ) YOLANDA BARRERA. |
| Defendant. | ) |

Defendant, Oliver De Bats, by and through his counsel, Yolanda Barrera, and the Plaintiff, United States of America, by and through Assistant United States Attorney Patricia A. Donahue, hereby stipulate and request that this Court issue an amended Judgement and Commitment order to correct the charge under which Mr. De Bats was convicted from Title 18 U.S.C. §2242(b) to Title 18 U.S.C. §2422(b).

/ cc: probation,
/ Pretrial Services,
/ U.S. Marshals Service



1  This stipulation is further based on the attached
2  declaration of counsel.
3  **IT IS SO STIPULATED.**

```
                    YOLANDA BARRERA
                    Attorney for Defendant
                    Oliver DeBats
```

8  DATED: February 14, 2006

```
                    DEBRA WONG YANG
                    United States Attorney

                    By _____
                       PATRICIA A. DONAHUE
                       Assistant United States Attorney
```

14  DATED: February  , 2006

17  **IT IS SO ORDERED.**
18  **An amended judgement and commitment order will issue**
19  **correcting the charge that appears on the order so that it will**
20  **state that Mr. De Bats was convicted of Title 18 U.S.C. §2422(b).**

```
                    HONORABLE CHRISTINA A. SNYDER
                    United States District Judge
```

25  DATED: February 15, 2006

-2-

1  This stipulation is further based on the attached
2  declaration of counsel.
3  **IT IS SO STIPULATED.**
4
5
6  YOLANDA BARRERA
   Attorney for Defendant
7  Oliver DeBats
8  DATED: February 8, 2006
9
10  DEBRA WONG YANG
    United States Attorney
11
12  By *[signature]*
    PATRICIA A. DONAHUE
13  Assistant United States Attorney
14  DATED: February 8, 2006
15
16
17  IT IS SO ORDERED.
18  An amended judgement and commitment order will issue
19  correcting the charge that appears on the order so that it will
20  state that Mr. De Bats was convicted of Title 18 U.S.C. §2422(b).
21
22
23  HONORABLE CHRISTINA A. SNYDER
    United States District Judge
24
25  DATED: February __, 2006
26
27
28

-2-

|   |   |
|---|---|
| 1 | DECLARATION OF YOLANDA BARRERA |
| 2 | I, YOLANDA BARRERA, declare and state as follows: |
| 3 | 1. I am an attorney admitted to practice in the Central |
| 4 | District of California and I am a member of the federal indigent |
| 5 | panel. In such capacity, I was previously appointed to represent |
| 6 | Oliver DeBats in this case. |
| 7 | 2. I represented Mr. DeBats from his arrest to the |
| 8 | sentencing on April 7, 2003. Mr. DeBats was charged and |
| 9 | convicted of a violation of Title 18 U.S.C. §2422(b) which is use |
| 10 | of facility of interstate commerce to attempt to induce a minor |
| 11 | to engage in criminal sexual activity. Please see entry in |
| 12 | docket sheet which is attached. The judgement and commitment |
| 13 | order, however, indicates that he was convicted of Title 18 |
| 14 | U.S.C. §2242(b) which is a charge that makes it a violation for |
| 15 | an individual to cause another person to engage in a sexual act |
| 16 | by threatening or placing that person in fear or engages in a |
| 17 | sexual act with another person when such person is incapable of |
| 18 | appraising the nature of the conduct or physically incapable of |
| 19 | declining participation. Please see attached Judgement and |
| 20 | Commitment order. |
| 21 | 3. This error was recently brought to my attention by |
| 22 | Diana Ritz a Criminal Intelligence Specialist II from the |
| 23 | California Department of Justice, Sex Offender Tracking Program. |
| 24 | / |
| 25 | / |
| 26 | / |
| 27 | / |
| 28 | / |

1     4. So that the record is clear in this case, I would
2 respectfully request that an amended judgement and commitment
3 order be issued to correct this error.

4

5     I declare under penalty of perjury that the foregoing is
6 true and correct to the best of my knowledge. Executed this date
7 at Monrovia, California.

8

9 DATED: February 8, 2006                             YOLANDA BARRERA
10                                                Attorney at Law

Docket as of June 5, 2003 7:21 pm                                    Web PACER (v2.4)

# U.S. District Court

# Central District of California (Western Div.)

# CRIMINAL DOCKET FOR CASE #: 02-CR-70-ALL

## USA v. De Bats

Filed: 01/18/02
Other Dkt # 2:02-m -00020

## Case Assigned to: Judge Christina A. Snyder

```
OLIVER DE BATS (1)                  Yolanda Barrera
    defendant                       FAX 626-574-9043
  [term  04/07/03]                  [COR LD NTC cja]
                                    Yolanda Barrera Law Offices
                                    511 South 1st Ave, Ste 340
                                    Arcadia, CA 91006-6104
                                    626-574-1053

Pending Counts:                               Disposition

18:2422(b):USE OF FACILITY OF       Bureau of Prisons for 33
INTERSTATE COMMERCE TO              months. Supervised release for
ATTEMPT TO INDUCE A MINOR TO        3    years, under terms and
ENGAGE IN CRIMINAL SEXUAL           conditions of United States
ACTIVITY                            Probation Office and General
(1)                                 Order 318. Fines waived.
                                    Special assessment $100.
                                    (1)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints                                    Disposition

Defendant in violation of
18:2422(b)
[ 2:02-m -20 ]
```

U. S. Attorneys:

  US Attorney's Office

  [term 02/11/02]
  FAX 213-894-5547
  [COR LD NTC]
  William C Bottger, Jr
  [COR LD NTC]
  AUSA - Office of US Attorney
  Criminal Div - US Courthouse
  312 N Spring St
  Los Angeles, CA 90012-4700
  213-894-2434

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 1/4/02 | 1 | COMPLAINT filed against Oliver De Bats in violation of 18:2422(b). Approved by Magistrate Judge Carla M. Woehrle. [ 2:02-m -20 ] (vc) [Entry date 01/09/02] |
| 1/4/02 | 2 | NOTICE OF REQUEST FOR DETENTION filed by USA as to Oliver De Bats. [ 2:02-m -20 ] (vc) [Entry date 01/09/02] |
| 1/7/02 | 3 | ORDER OF DETENTION by Magistrate Judge Carolyn Turchin as to Oliver De Bats. (cc: all counsel) [ 2:02-m -20 ] (vc) [Entry date 01/09/02] |
| 1/7/02 | 4 | FINANCIAL AFFIDAVIT filed as to Oliver De Bats. [ 2:02-m -20 ] (vc) [Entry date 01/09/02] |
| 1/7/02 | 5 | NOTICE DIRECTING Defendant To Appear for Preliminary Hearing and for Arraignment on Indictment/Information filed as to Oliver De Bats. [ 2:02-m -20 ] (vc) [Entry date 01/09/02] |
| 1/7/02 | 6 | MINUTES OF ARRAIGNMENT ON MAGISTRATE COMPLAINT held before Magistrate Judge Carolyn Turchin as to Oliver De Bats: Defendant arraigned and states true name as charged. First appearance of Oliver De Bats entered. CJA Attorney |

**BILL LOCKYER**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

# FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**DATE:** February 7, 2006    **TIME:** _____    **NO. OF PAGES:** 7
(INCLUDING COVER SHEET)

**TO:**
- **NAME:** Yolanda Barrera
- **OFFICE:** United States District Court
- **LOCATION:** Los Angeles
- **FAX NO.:** (626) 574-9043    **PHONE NO.:** _____

**FROM:**
- **NAME:** *Diana Ritz - Criminal Intelligence Specialist II*
- **OFFICE:** *California Department of Justice, Sex Offender Tracking Program*
- **LOCATION:** *4949 Broadway, Room H216, Sacramento, CA 95820*
- **FAX NO.:** *(916) 227-4085*    **PHONE NO.:** *(916) 227-3259*

## MESSAGE/INSTRUCTIONS

**SUBJECT:** Debats, Oliver    **CASE #:** 02-00070-CAS

Per your request, I am faxing the Judgment. If you have any further questions or concerns please call (916) 227-3259 or fax (916) 227-4085.

FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

FEB-07-2006 10:30  DOJ ASSESMENT UNIT  916 227 4085  P.02/07
Case 2:02-cr-00070-CAS Document 66 Filed 02/16/06 Page 9 of 15 Page ID #:37

Page 1

United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR- 02-00070-CAS |
| Defendant OLIVER DEBATS<br>aka:<br>& Residence Address 3572 Garnet Street<br>Los Angeles, CA 90023 | Social Security No. 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 / 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<br>Mailing Address Same |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 4 | 7 | 2003 |

**COUNSEL** [x] WITH COUNSEL — YOLANDA BARRERA, Appointed (Name of Counsel)

**PLEA** [x] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDRE [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [x] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 USC 2242(b): Use of facility of interstate commerce to attempt to induce a minor to engage in criminal sexual activity (Single Count Indictment)

**JUDGMENT AND PROB/COMMITMENT ORDER**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Oliver Debats, is hereby committed on the Single-Count Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (33) months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

CR-04 (10/02)  JUDGMENT & PROBATION/COMMITMENT ORDER

FEB-07-2006 10:31 DOJ ASSESMENT UNIT 916 227 4085 P.04/07
Case 2:02-cr-00070-CAS Document 66 Filed 02/16/06 Page 10 of 15 Page ID #:38

Page 3 of 6

United States District Court
Central District of California

UNITED STATES OF AMERICA
vs
Defendant Oliver Debats

Docket No. CR 02-00070-CAS

DATE: April 7, 2003

## JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 3

9. The defendant shall not open or maintain a post office box without the prior approval of the Probation Officer;

10. The defendant shall not frequent or loiter within 100 feet from school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18;

11. The defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18 except: 1) in the presence of the parent or legal guardian of said minor; and 2) on the condition that the defendant notifies said parent or legal guardian of his conviction in the instant offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal in order to obtain ordinary and usual commercial services;

12. The defendant shall not affiliate with, own, control, and/or be employed in any capacity by a business, organization, and/or volunteer activity that causes him to regularly contact persons under the age of 18;

13. The defendant shall not affiliate with, own, control, and/or be employed in any capacity by a business whose principal product is the production and/or selling of materials depicting and/or describing "sexually explicit conduct" as defined at 18 USC 2256(2);

14. The defendant's employment shall be approved by the Probation Officer, and any change in employment must be pre-approved by the Probation Officer. The defendant shall submit the name and address of the proposed employer to the Probation Officer at least 10 days prior to any scheduled change;

15. The defendant shall not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18. The defendant's residence shall be approved by the Probation Officer, and any change in residence must be pre-approved by the Probation Officer. The defendant shall submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move;

FEB-07-2006 10:31   DOJ ASSESMENT UNIT                916 227 4085    P.05/07
Case 2:02-cr-00070-CAS   Document 66   Filed 02/16/06   Page 11 of 15   Page ID #:39

Page 4 of 6

**United States District Court**
**Central District of California**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs<br>Defendant  Oliver Debats | Docket No. CR 02-00070-CAS<br>DATE: April 7, 2003 |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 3

16. The defendant shall use only those computers and computer-related devices, screen user names, passwords, e-mail accounts, and internet service providers (ISPs) as approved by the Probation Officer. Computers and computer-related devices include, but are not limited to, personal computers, personal data assistants (PDAs), internet appliances, electronic games, and cellular telephones, as well as their peripheral equipment, that can access, or can be modified to access, the internet, electronic bulletin boards, other computers, or similar media;

17. All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search and seizure and the installation of search and/or monitoring software and/or hardware, including unannounced seizure for the purpose of search. The defendant shall not add, remove, upgrade, update, re-install, repair, or otherwise modify the hardware or software on the computers, computer-related devices, or their peripheral equipment, nor shall he hide or encrypt files or data without the prior approval of the Probation Officer. Further, the defendant shall provide all billing records, including telephone, cable, internet, satellite, and the like, as requested by the Probation Officer;

18. The defendant shall not possess or use a computer with access to any online service at any location (including his place of employment) without the prior approval of the Probation Officer. This includes access through any internet service provider, bulletin board system, or any public or private computer network system. The defendant shall not have another individual access the Internet on his behalf to obtain files or information which he is restricted from accessing himself, or accepting restricted files or information from another person; and

19. The defendant shall cooperate in the collection of a DNA sample from the defendant.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

CR- 04 (10/02)               JUDGMENT & PROBATION/COMMITMENT ORDER

United States District Court
Central District of California

Page 5 of 6

UNITED STATES OF AMERICA              Docket No. CR 02-00070-CAS
vs
Defendant  Oliver Debats              DATE:  April 7, 2003

## JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 4

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before **12 noon, on MAY 19, 2003.** In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at:

> Roybal Federal Building
> 255 East Temple Street
> Los Angeles, California 90012

The defendant was informed of his right to appeal.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: U. S. District Judge _____           Dated: April 11, 2003
            Harry L. Hupp for Christina A. Snyder

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Filed Date: April 11, 2003

Sherri R. Carter, Clerk
By _____
Maynor R. Galvez, Deputy Clerk

CR-104 (10/02)          JUDGMENT & PROBATION/COMMITMENT ORDER

FEB-07-2006 10:32  DOJ ASSESMENT UNIT  916 227 4085  P.07/07
Case 2:02-cr-00070-CAS  Document 66  Filed 02/16/06  Page 13 of 15  Page ID #:41

Page 6 of 6

U.S.A vs Oliver Debats     Docket No.: CR 02-00070-CAS

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____  BY: _____

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED _____  BY: _____
, Deputy Clerk

CR-104 (10/02)     JUDGMENT & PROBATION/COMMITMENT ORDER

FEB-07-2006 10:30     DOJ ASSESMENT UNIT                916 227 4085     P.03/07
Case 2:02-cr-00070-CAS   Document 66   Filed 02/16/06   Page 14 of 15   Page ID #:42

Page 2 of 6

United States District Court
Central District of California

UNITED STATES OF AMERICA                    Docket No. CR 02-00070-CAS
vs
Defendant  Oliver Debats                    DATE:  April 7, 2003

## JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 1

3. The defendant shall register with any local and/or state sex offender registration agency in any state where the defendant resides, is being supervised, is employed, carries on a vocation, or is a student, as directed by the Probation Officer. The defendant shall provide proof of registration to the Probation Officer within 3 days of release from imprisonment;

4. The defendant shall participate in a psychological/psychiatric counseling and/or a sex offender treatment program, which may include inpatient treatment as approved and directed by the Probation Officer, after need for in-patient program is confirmed by a health care professional. The defendant shall abide by all rules, requirements, and conditions of such program, including submission to risk assessment evaluation(s) and physiological testing, such as polygraph, plethysmograph, and Abel testing;

5. The defendant shall grant a limited waiver of his right of confidentiality in any records of mental health treatment imposed as a consequence of this judgment to allow the treatment provider to provide information relating to actual or potential violations of law or non-compliance with the terms of supervised release to the Probation Officer. The Probation Officer shall disclose the Presentence Report, and/or any previous sex offender or mental health evaluations to the treatment provider;

6. As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's psychological counseling/sex offender treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

7. The defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing "sexually explicit conduct" as defined at 18 USC 2256(2);

8. The defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games, depicting and/or describing child pornography as defined at 18 USC 2256(8);

CR- 04 (10/02)           JUDGMENT & PROBATION/COMMITMENT ORDER

**CERTIFICATE OF SERVICE**

I, Yolanda Barrera declare:

That I am employed in the County of Los Angeles, State of California; that my business address is 421 E. Huntington Drive, Monrovia, California 91016; that I am over the age of eighteen and not a party to the within entitled action; that I am a member of the bar of this Court.

On February 15, 2006, I served a copy of: STIPULATION TO CORRECT JUDGEMENT AND COMMITMENT ORDER AND REQUEST FOR COURT TO ISSUE AN AMENDED JUDGEMENT; DECLARATION OF YOLANDA BARRERA.
Notice of Appeal

Service was:

[x]   Placed in a sealed envelope and mailed via United States Mail, addressed as follows:
[ ]   By hand delivery addressed as follows:
[ ]   By facsimile as follows:
[ ]   By messenger as follows:


Patricia Donahue
Assistant United States Attorney
1300 U.S. Courthouse
312 North Spring Street
Los Angeles, CA   90012


This Certificate is executed on February 15, 2006, at Arcadia, California. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

YOLANDA BARRERA
Attorney at law